■ In the Matter of CLAVOR SCHROETER, Petitioner, v YONKERS CITY SCHOOL DISTRICT et al., Respondents. [930 NYS2d 461]—

Contrary to the petitioner's contention, the determination that he was guilty of misconduct, insubordination, and incompetence was supported by substantial evidence (*see Matter of Capone v Patchogue-Medford Union Free School Dist.*, 38 AD3d 770, 771-772 [2007]; *Matter of Truss v Westchester County Health Care Corp.*, 301 AD2d 607, 607-608 [2003]; *Matter of Grossman v Kralik*, 217 AD2d 625, 626 [1995]; *Matter of A.J. & Taylor Rest. v New York State Liq. Auth.*, 214 AD2d 727 [1995]; *Matter of Romano v Town Bd. of Town of Colonie*, 200 AD2d 934 [1994]). Moreover, the petitioner was not deprived of due process during the course of the administrative hearing (*see Matter of A.J. & Taylor Rest. v New York State Liq. Auth.*, 214 AD2d 727 [1995]; *see also Matter of Heisler v Scappaticci*, 81 AD3d 954, 954-955 [2011]; *Matter of Curto v Cosgrove*, 256 AD2d 407, 408 [1998]).

The petitioner's remaining contention is without merit. Dillon, J.P., Angiolillo, Dickerson and Cohen, JJ., concur.